# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2775

_____

Keith Fisher,                          *
                                       *
            Appellant,                 *
                                       *    Appeal from the United States
       v.                              *    District Court for the
                                       *    District of Minnesota.
R. L. Morrison, Warden,                *
                                       *    [UNPUBLISHED]
            Appellee.                  *

_____

Submitted:  December 6, 2007
Filed: December 20, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Keith Fisher appeals the district court's[1] partial denial of his 28 U.S.C. § 2241 petition.  Following de novo review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003), we agree with the district court that the Bureau of Prisons had no obligation to consider Fisher for immediate placement in a Residential Reentry Center (RRC), see Fults v. Sanders,  442 F.3d 1088, 1089-90 (8th Cir. 2006), and we decline to consider Fisher's newly raised claim that he is entitled to immediate RRC

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

placement based on extraordinary family circumstances, <u>see</u> <u>Stone v. Harry</u>, 364 F.3d 912, 914-15 (8th Cir. 2004).

Accordingly, we affirm under 8th Cir. Rule 47B.

_____